JOSEPHINE GOLEMBOWSKI, as Administratrix of the Estate of IGNATIUS GOLEMBOWSKI, Deceased, Appellant *v.* IGNATIUS GOLEMBOWSKI, JR., Defendant, and SOPHIE GOLEMBOWSKI et al., Defendants-Respondents.

Submitted January 12, 1943; decided February 25, 1943.

*Michael A. Gurda* for appellant.

*Charles E. Neier* for Sophie Golembowski, respondent.

*Arthur O. Maharay, Jr.,* and *Melvin G. Vernon* for Calvin Crawford et al., as trustees, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LOUGHRAN, J., dissents on the ground that the findings of the Special Term are in accord with the weight of evidence.